IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS EUGENE MOORE, | ) | No. C 03-3104 SBA (pr) |
| Plaintiff, | ) ) | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | ) ) | |
| ANTHONY A. LAMARQUE, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | (Docket no. 58) |

Plaintiff has filed a request for an extension of time, up to and including September 30, 2005, in which to file his response to Defendants' Motion for Summary Judgment on the grounds that his law library access is limited and due to lockdown conditions at the prison where he is incarcerated. Plaintiff has requested no previous extensions of time. Having read and considered Plaintiff's request and the accompanying declaration filed by Plaintiff, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his response to Defendants' Motion for Summary Judgment will be extended up to and including **September 30, 2005.**

IT IS SO ORDERED.

DATED: 9/2/05

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge